# UNITED STATES DISTRICT COURT
## for the
### Northern District of Mississippi

| | |
|---|---|
| United States of America<br>v.<br>Fabian Ignacio NAVARRO-ALIAGA<br><br><br><br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Case No. 1:26-MJ-033-DAS |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ May 16, 2026 _____ in the county of _____ Lafayette _____ in the _____ Northern _____ District of _____ Mississippi _____ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 2314 | Interstate Transportation of Stolen Property |

This criminal complaint is based on these facts:
See attatched Affidavit

☐ Continued on the attached sheet.

_____
*Complainant's signature*

Zachary W. Roberts, Special Agent HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __5/28/2026_____

_____
*Judge's signature*

City and state: _____ Aberdeen, MS _____

David W. Sanders US Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT & ARREST WARRANT

I, Zachary W. Roberts, being first duly sworn, hereby state the following under penalty of perjury:

## INTRODUCTION AND AGENT BACKGROUND

1. The statements in this affidavit are based on my investigation of this matter as well as information conveyed to me by other law enforcement officers, including other HSI Special Agents, as well as information obtained from local law enforcement officials. Since this affidavit is being submitted for the limited purpose of securing an arrest warrant, I have not included every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause concerning Fabian Ignacio NAVARRO-ALIAGA, Date of Birth: 09/22/1998, having committed violations or attempted violations of 18 U.S.C. § 2314, Interstate Transportation of Stolen Property.

2. I am a Special Agent (SA) with the United States Department of Homeland Security (DHS), Homeland Security Investigations (HSI), the investigative arm of Immigration and Customs Enforcement (ICE). I have been employed as an HSI Special Agent since September 2025. I am currently assigned to HSI Oxford, Mississippi. I am a graduate of the Homeland Security Investigations Special Agent Training Course at the Federal Law Enforcement Training Center (FLETC) in Glynco, Georgia, where I received training in violations of criminal and immigration law as well the preparation and execution of search and arrest warrants. My duties and responsibilities include the investigation of criminal violations of United States Code. Prior to September 2025, I was a criminal investigator with the Department of the Army Criminal Investigation Division (DACID) from August 2014 to September 2025. I hold a Bachelor's Degree in Criminal Justice from the Rochester Institute of Technology (NY)

and a Master's of Science in Homeland Security from Thomas Edison State University (NJ). During the course of my employment with DACID and HSI, I have participated in the investigation of numerous cases relating to death, sexual assault, domestic violence, narcotics trafficking, wire fraud, human smuggling, sex trafficking, money laundering, document fraud, weapons smuggling, illegal possession of firearms and munitions by prohibited persons, theft of property, and proliferation and smuggling of sensitive technology and military assets.

## STATUTORY AUTHORITY

3. As noted above, this investigation concerns alleged violations of the following:

    a. Title 18, United States Code, Section 2314, Interstate Transportation of Stolen Property, is violated by any person who unlawfully transported or caused to be transported in interstate or foreign commerce; goods, wares, merchandise, securities, or money having a value of $5,000 or more which are stolen, converted or taken by fraud; and knowing the same to be stolen, converted or taken by fraud.

## STATEMENT OF PROBABLE CAUSE

4. On May 20, 2026, the Oxford Police Department, Oxford, Mississippi (OPD), requested assistance from HSI Oxford to investigate a series of burglaries believed to be part of an interstate criminal operation. The incidents involve unauthorized entry and theft from multiple residential properties in several states, with evidence suggesting the stolen items include a large quantity of high-value merchandise, resulting in significant financial losses for victims.

5. On May 16, 2026, Officers from the OPD responded to a reported burglary at 109 St Andrews Rd, Oxford, Mississippi. The victims, Hunter and Amanda Moorhead, stated the residence had been unoccupied from 1:10 p.m. to 4:30 p.m., and the burglary was estimated to have occurred between 3:00 p.m. and 4:30 p.m. Upon arrival, Officers observed evidence of forced

entry through a bathroom window, including pry marks and footprints. Amanda Moorhead discovered closets in disarray and reported the theft of a jewelry box containing numerous high-value items. Hunter Moorhead's son observed an individual in a hoodie walking along the fence line toward the road outside a neighbor's unoccupied house (107 St Andrews Rd).

6.      Officers processed the scene, collecting fingerprints, shoe prints, and a liquid substance from the bedroom. Amanda Moorhead provided a detailed list of stolen jewelry, totaling 28 items worth approximately $120,000 in value. The stolen property included antique gold watches, diamond bands, platinum rings, pearl necklaces, gold and silver bracelets, and other valuable items.

7.      Witness Ashley Clark, residing at 104 St Andrews Rd, reported seeing a gray Jeep Cherokee with a white male driver and a Hispanic male passenger around 4:26 p.m. Neighbor Tom Jacks provided photographs of the suspicious vehicle, and several neighbors reported seeing two Hispanic males in the area. Officers canvassed nearby homes for additional camera footage and evidence.

8.      Allison Koestler, residence at 242 St Andrews Circle, also observed two Hispanic males in a blue SUV with a California tag near 3:55 p.m. Surveillance footage confirmed the presence of a Jeep Grand Cherokee with a California tag (9VSA557), although the tag was determined to belong to an Audi stolen in Miami, Florida. Flock tag readers[1] tracked a gray Jeep Grand Cherokees in the area, which resulted in identifying the same vehicle with a Florida tag (IMIA47) registered to Rita Ouaknine Kalifa of Miami, Florida.

---

[1] The Flock tag reader system is an automated license plate recognition technology used by law enforcement to capture, record, and analyze vehicle license plate data as vehicles pass through designated locations, aiding in the identification and tracking of vehicles of interest during investigations

9. Detective Atziri Ortiz, OPD, reported they were able to determine that the vehicle is the same vehicle due to a specific defect observed on the rear of the vehicle. Detective Ortiz determined the suspects were swapping the registered vehicle Florida tag (IMIA47) with a stolen California tag (9VSA557). By utilizing the Florida tag, Detective Ortiz located two reports from Prattville, Alabama, and Tuscaloosa, Alabama. The vehicle and suspects were believed to be involved in similar crimes a few days prior.

10. On May 14, 2026, Officers from the Prattville Police Department responded to a breaking and entering of a vehicle at 2431 Cobbs Ford Road, Planet Fitness, in Prattville, Alabama. The victim, Antonio Perry, reported he had arrived at the gym at approximately 3:00 p.m. and locked his vehicle before entering. At around 3:30 p.m., he returned to his car to retrieve a pair of shoes and discovered several items were missing from the center console. The stolen items included a Smith & Wesson M&P Shield 9mm handgun, his driver's license, a gold American Express credit card, a Guardian Credit Union credit card, and $40 in cash. The victim noted the handgun was not in plain view, suggesting the suspects had searched the vehicle thoroughly. The suspects also rummaged through a bookbag in the passenger floorboard, but nothing was taken from it.

11. Shortly after the theft, while the victim was still at Planet Fitness, he received a notification from his credit card company regarding a $9,485 transaction attempt at Kay Jewelers. The victim immediately froze both credit cards and disputed the transaction, preventing the funds from being withdrawn. Officers contacted Kay Jewelers, where employees reported two Hispanic males had attempted the purchase. The suspects used artificial intelligence to create a false identification in the victim's name to facilitate the transaction. The suspects left Kay Jewelers with two gold chains before the transaction was denied. Employees observed the suspects leaving in a

newer gray Jeep Grand Cherokee with a Florida tag, which had been parked at the rear of the Planet Fitness parking lot. Officers determined that the suspects traveled west on Highway 82 toward Tuscaloosa after the incident.

12. On May 15, 2026, the Tuscaloosa Police Department responded to an attempted burglary at 3600 Harbor Ridge Way, Tuscaloosa, Alabama. The complainant, Monica Abrams, reported she had stopped by the residence to water the plants while the homeowners were away on vacation. Upon arrival, Abrams observed significant damage to the rear patio door, noting the right half of the door frame near the lock had been heavily damaged by an unknown tool used in an apparent attempt to pry the door open. It was determined entry was not gained, but the damage was substantial.

13. The resident and victim, Janet Booth King, was contacted and reviewed her home security camera footage. The footage revealed an unknown white male suspect on the front porch at approximately 8:15 p.m., wearing a blue hat, white shirt, and red shorts. A neighbor at 3610 Harbor Ridge Way indicated their camera may have also captured the suspect, and a follow-up was recommended with Tonya Schwartz at that address for additional video evidence. Two partial fingerprints were lifted from the outer glass of the rear patio door and submitted for examination.

14. Between May 20, 2026, and May 21, 2026, query of Flock tag readers for a Jeep Grand Cherokee bearing either a Florida tag (IMIA47) or a California tag (9VSA557), was conducted. The queries revealed the vehicle had traveled to Alabama, Mississippi, Arkansas, Missouri and Chicago, Illinois.

15. On May 21, 2026, tag readers in southern Missouri identified the Jeep Grand Cherokee traveling south on Route 63 through Willow Springs, Missouri, and West Plains, Missouri. HSI Oxford requested assistance from the Missouri State Highway Patrol (MSHP) and

provided the area of the target vehicle. Deputies with the Howell County Sheriff's Office (HCSO) identified the target vehicle and attempted a traffic stop, which failed to yield and fled. The vehicle ultimately stopped, and two subjects attempted to flee and resisted arrest. HCSO and the MSHP arrested both suspects. A search of the vehicle and both suspects revealed multiple pieces of stolen jewelry. Both suspects provided Troopers with false documents/identities.

16. Special Agents with HSI Springfield, Missouri, responded to HCSO's station, wherein they collected evidence and attempted to identify the two individuals. Both suspects ultimately identified themselves as Marcelo Alejandro TELECHEA-DROGUETT, DOB: 04/14/1990, and Fabian Ignacio NAVARRO-ALIAGA, DOB: 09/22/1998. Additionally, both suspects admitted being citizens of Chile and in the country illegally. HSI took custody of TELECHEA-DROGUETT and NAVARRO-ALIAGA, to confirm their identities and verify their immigration status, and jewelry recovered on their persons and in the vehicle.

17. Jewelry was found on both NAVARRO-ALIAGA and TELECHEA-DROGUETT during their apprehension. HSI Oxford provided images of jewelry recovered from NAVARRO-ALIAGA to Mr. Moorhead for identification. Mr. Moorhead confirmed that a piece of jewelry found on NAVARRO-ALIAGA's person belonged to them. Additionally, a 2000 class ring from MS was found on NAVARRO-ALIAGA' person, amongst other pieces of jewelry.

18. On May 22, 2026, HSI advised TELECHEA-DROGUETT of his legal rights, which he waived and admitted committing the burglary in Springfield, Missouri. Agents noted TELECHEA-DROGUETT had two cellular devices on his person when he was apprehended.

19. On May 22, 2026, HSI advised NAVARRO-ALIAGA of his legal rights, which he waived and admitted to committing burglaries in Mississippi and Missouri with TELECHEA-DROGUETT. NAVARRO-ALIAGA confirmed TELECHEA-DROGUETT was present with him

and entered all residences and vehicles during all burglaries they committed. NAVARRO-ALIAGA stated they departed Miami, Florida, with no specific plan, but with the intent to target residences with swimming pools or appeared wealthy via Google maps. NAVARRO-ALIAGA explained they would hit one to two homes in an area and drive two to three hours away and hit one or two more spots and continue down the road. While on the road, they would sell stolen items to pawn shops or gold buyers. The two also had a regular gold buyer in Miami that would purchase stolen items without asking questions. NAVARRO-ALIAGA further explained they would identify a home that appeared to be wealthy and would start by knocking on the door. If someone answered, they would ask if a made-up person lived there and departed under the impression, they were the wrong home. If no one answered, they would go to the back of the residence and attempt to make entry by using a crowbar to force a door or break a window. NAVARRO-ALIAGA appeared to be knowledgeable about home security systems because he explained they would break glass rather than sliding windows open, so they did not trip a window security monitor. NAVARRO-ALIAGA admitted to selling a stolen gold bracelet in Columbus, Mississippi, for $2200.00 USD to an unknown gold buyer. NAVARRO-ALIAGA further stated they would use their fake ID's and pay cash to stay at Motels, such as Motel 6 or Super 8, because they would not require credit cards.

20. Further inquiries to departments along the route taken by TELECHEA-DROGUETT and NAVARRO-ALIAGA from Miami, Florida, to Chicago, Illinois, revealed several other police departments with unsolved burglaries that fell within the timeline of their travel. These burglaries matched the modus operandi (MO) of TELECHEA-DROGUETT and NAVARRO-ALIAGA, and victims reported missing jewelry. The additional locations include Columbus, Mississippi, Jasper County, Missouri, Joplin, Missouri, and Springfield, Missouri. Identification of additional incidents are anticipated.

21. Thus far, seven incidents have been identified that match the descriptions of TELECHEA-DROGUETT and NAVARRO-ALIAGA in Alabama, Mississippi and Missouri between May 12, 2026, and May 21, 2026. The loss to victims totaled approximately 122,000 USD in cash or personal property, approximately 18,000 USD in fraudulent transactions at multiple Kay Jewelers in Mississippi and Alabama, and the theft of one pistol.

## CONCLUSION

22. Based on the foregoing, there is probable cause to believe that the federal criminal statutes cited herein have been violated, and that Fabian Ignacio NAVARRO-ALIAGA has committed these offenses. I respectfully request that this Court issue an arrest warrant for Fabian Ignacio NAVARRO-ALIAGA for violations of Title 18, United States Code, Section 2314 – Interstate Transportation of Stolen Property.

Respectfully submitted,

Zachary W. Roberts
Special Agent
Homeland Security Investigations

Attested to by the applicant in accordance with the requirements of Federal Rule of Criminal Procedure 4.1 by telephone on _____ May 28 _____, 2026.

United States Magistrate Judge